**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSHUA ASHLOCK**                                                                    **PLAINTIFF**


**v.**                                    **Case No. 4:25-cv-01110-JTK**


**FRANK BISIGNANO**                                                              **DEFENDANT**
**Acting Commissioner**
**Social Security**

**ORDER**

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to

the Commissioner for further administrative proceedings. (Doc. No. 16) Upon examination of the

merits of this case, this Court grants the motion and reverses and remands this case to the

Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42

U.S.C.§405(g).

SO ORDERED THIS 27th day of May, 2026.


_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE